11-96n-01(JGM)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

A forensic image of a Dell GX520 Optiplex Desktop Computer, Service Tag 424PL91, IRS Control # B80, seized from 100 Grist Mill Rd., Simsbury, CT on 4/20/10

)
)
)
)
)
)

Case No.

FILED
2018 JAN 10 A 10: 43
U.S. DISTRICT COURT
NEW HAVEN, CT.

3:18mj17(JGM)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A forensic image of a Dell GX520 Optiplex Desktop Computer, Service Tag 424PL91, IRS Control # B80, seized from 100 Grist Mill Rd., Simsbury, CT on 4/20/10, maintained by the IRS at 150 Court Street, Room 314, New Haven, CT

located in the _____ District of _____Connecticut_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment D

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343 | Wire Fraud |
| 18 USC 1341 | Mail Fraud |
| 18 USC 1033 | Insurance Fraud |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

LYNN E. ALLEN, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/25/2011

City and state: NEW HAVEN, CT

/s/ Judge Joan G. Margolis
*Judge's signature*

JOAN G. MARGOLIS, U.S. MAGISTRATE JUDGE
*Printed name and title*